"The fact that jurors had convicted defendant in another case based on a transaction occurring between different parties than those involved in the case on trial is not of itself a ground of challenge for cause. Arnold v. State, 38 Tex.Cr.R. 1; 40 S.W. 734. Edgar v. State, 59 Tex.Cr.R. 252, 255; 127 S.W. 1053, 1054." See also Stephens v. State, 137 Tex.Cr.R. 551, 132 S.W.2d 878.

The evidence sustains the conviction and its sufficiency is not questioned.

Finding no reversible error, the judgment is affirmed.

The State moves to dismiss the appeal, because no notice of appeal is shown to have been entered of record in the trial court. Such is requisite in order for this Court to acquire jurisdiction. Ex parte Logan, 151 Tex.Cr.R. 129, 205 S.W.2d 994.

The motion is granted, and the appeal is dismissed.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $100.